UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANTHONY C. WILLIAMS (#120588)

VERSUS

BURL CAIN, ET AL

CIVIL ACTION

NO. 08-215-JJB-SCR

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated April 17, 2008 (doc. no. 4) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's complaint is DISMISSED as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

Baton Rouge, Louisiana, this 8th day of May, 2008.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE